IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| **STACEY KNIGHT,**<br><br>     Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>     Defendant. | Case No. __CV221-076__ |

## COMPLAINT

Plaintiff Stacey Knight files this Complaint seeking damages for injuries she suffered. In support, she states as follows.

### PARTIES

1. Plaintiff Stacey Knight is a resident of Brunswick, Glynn County, Georgia.

2. Defendant is the United States of America.

### JURISDICTION AND VENUE

3. This action arises under the Federal Tort Claims Act (28 U.S.C. § 2671 *et seq.*). This Court accordingly has jurisdiction under 28 U.S.C. § 1331.

4. Venue lies in this Court in accordance with 28 U.S.C. § 1331(e)(1).

### STATEMENT OF FACTS

5. On December 28, 2018, Ms. Knight was traveling southbound on Interstate 95 in Brunswick, Georgia.

6. At approximately the same time, Brandon McKeever, a member of the United States Air Force and resident of Davidson County, Tennessee was traveling behind Ms. Knight on Interstate 95.

7. At all relevant times, Mr. McKeever was acting within the scope of his employment with the United States Government.

1

8. Ms. Knight eventually stopped in the right-hand lane of the northbound ramp traffic light on Exit 38.

9. Shortly thereafter, Mr. McKeever exited behind Ms. Knight.

10. Mr. McKeever claimed to have thought he saw Ms. Knight pull forward to turn right onto the Spur.

11. Mr. McKeever reported he then looked left for oncoming traffic and, seeing none, proceeded forward to make a right turn, striking Ms. Knight from behind.

12. Upon information and belief, at all relevant times in this matter, Mr. McKeever was acting within the scope of his duties and employment as a member of the United States Air Force.

13. As a direct result of Mr. McKeever's actions on December 28, 2019, Ms. Knight has suffered from debilitating neck, shoulder, and back pain as well as tension and migraine headaches.

14. This excruciating pain has caused many sleepless nights and has required surgeries.

15. Ms. Knight's ability to participate in routine physical activity has also been drastically limited, in the wake of the accident.

16. Moreover, the injuries Mr. McKeever caused Ms. Knight to suffer will require ongoing medical treatment and possible future surgeries.

17. On or about November 19, 2020, in accordance with 28 U.S.C. § 2675, Ms. Knight, through counsel, presented a claim for compensation for these injuries to Defendant through its agent, Ms. Brittany C. Astor, Claims & Tort Litigation Division at Joint Base Andrews. She included a Standard Form 95 with her claim.

18. Defendant did not respond to Ms. Knight's claim.

19. More than six months has passed since Ms. Knight submitted her claim.

## CAUSES OF ACTION
*Negligence and Negligence Per Se*

20. Mr. McKeever, as a driver of a motor vehicle upon Georgia highways, owed Ms. Knight a duty to operate his vehicle in a safe and reasonable manner.

21. Mr. McKeever violated this duty being inattentive and thereby causing a collision with the Ms. Knight's vehicle.

22. Ms. Knight was in no manner negligent nor did she contribute to the accident in question.

23. As a result of Defendant's negligence, Ms. Knight has incurred, and continues to incur, substantial damages.

24. Specifically, she has incurred medical expenses; property damage; lost wages; loss of quality of life; pain and suffering; and will likely incur future medical expenses.

25. All of Ms. Knight's damages arose from and are directly related to the crash Mr. McKeever caused.

26. Ms. Knight's related medical expenses are in excess of $100,000.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Stacey Knight prays for the following relief:

A. That summons and process issue and be served upon Defendant;

B. Trial by jury;

C. That she be awarded an appropriate sum to compensate her for her injuries and damages as specified herein and as will be proven at trial;

D. Such other and further relief as this court deems just and proper.

Respectfully submitted, this 17 August 2021.

/s/Nathan T. Williams
Nathan T. Williams
Georgia Bar No. 142417
Attorney for Plaintiff

WILLIAMS LITIGATION GROUP, P.C.
Post Office Box 279
Brunswick, Georgia 31521-0279
(912) 208-3721
(912) 264-6299 facsimile